**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Thomas J. Landa** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7386 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Mary P. Landa** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5938 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter   **7**   **4/1/19** |
| Case number:   **19–09344** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas J. Landa | Mary P. Landa |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 718 N. Marion Street <br> Oak Park, IL 60302 | 718 N. Marion Street <br> Oak Park, IL 60302 |
| 4. | **Debtor's attorney** <br> Name and address | William R Teitelbaum <br> c/o Donald Leibsker <br> 10 S. LaSalle Street, Suite 1230 <br> Chicago, IL 60603 | Contact phone 630 202–8405 <br> Email:  lawbrt@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Gregg Szilagyi <br> 542 South Dearborn Street <br> Suite 1400 <br> Chicago, IL 60605 | Contact phone 312–663–0801 <br> Email: gs@tailserv.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 4/2/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 13, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/12/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 19-09344-TAB
Thomas J. Landa                                                 Chapter 7
Mary P. Landa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: carmstead          Page 1 of 1          Date Rcvd: Apr 02, 2019
                              Form ID: 309A            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db/jdb         +Thomas J. Landa,   Mary P. Landa,   718 N. Marion Street,   Oak Park, IL 60302-1531
27705512       +Federal National Bank,   c/o McCalla Raymer Leibert,   1 N. Dearborn, #12,
                 Chicago, IL 60602-4337
27705513       +Home Depot,   PO Box 790393,   Saint Louis, MO 63179-0393
27705515       #+Seterus,   PO Box 1077,   Hartford, CT 06143-1077
27705516        U.S. Bank,   PO Box 41128,   Saint Paul, MN 55121
27705518       +U.S. Dept of Education,   PO Box 2005,   Greenville, TX 75403-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lawbrt@aol.com Apr 03 2019 01:54:49      William R Teitelbaum,
                 c/o Donald Leibsker,   10 S. LaSalle Street, Suite 1230,   Chicago, IL  60603
tr             +EDI: QGSZILAGYI.COM Apr 03 2019 05:43:00      Gregg Szilagyi,   542 South Dearborn Street,
                 Suite 1400,   Chicago, IL 60605-1564
27705509        EDI: CHASE.COM Apr 03 2019 05:43:00      Chase,   PO Box 15153,   Wilmington, DE 19886-5153
27705510       +EDI: CITICORP.COM Apr 03 2019 05:43:00      Citi Cards,   PO Box 6004,
                 Sioux Falls, SD 57117-6004
27705511       +EDI: DISCOVER.COM Apr 03 2019 05:43:00      Discover,   PO Box 6103,
                 Carol Stream, IL 60197-6103
27705514       +EDI: TSYS2.COM Apr 03 2019 05:43:00      Macy's,   Bankruptcy Dept,   PO Box 8053,
                 Mason, OH 45040-8053
27705517        EDI: USBANKARS.COM Apr 03 2019 05:43:00      U.S. Bank,   PO Box 790408,   Saint Louis, MO 63179
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              Gregg Szilagyi    gs@tailserv.com, gszilagyi@ecf.axosfs.com;gszilagyi@epiqtrustee.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William R Teitelbaum    on behalf of Debtor 1 Thomas J. Landa lawbrt@aol.com
              William R Teitelbaum    on behalf of Debtor 2 Mary P. Landa lawbrt@aol.com
                                                                                             TOTAL: 4