UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-09344
Thomas J Landa  )
Mary P Landa  )  Chapter: 7
 )
 )  Honorable Timothy Barnes
 )
Debtor(s)  )

## ORDER AUTHORIZING SALE UNDER 11 USC §363
### and SHORTENING NOTICE

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given:

It is hereby ORDERED that:

1) The Debtors are allowed to sell their real estate property located at 718 N. Marion Street, Oak Park, IL 60302.

2) Notice is shortened to that given.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  June 18, 2019

**Prepared by:**

William Teitelbaum
c/o Donald Leibsker
10 S. LaSalle Street, Suite 1230
Chicago, IL 60603
630-202-8405